# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FITZGERALD,<br>　　Plaintiff,<br><br>　　　　v.<br><br>MERCEDES BENZ USA, LLC,<br>et al.,<br>　　Defendants. | CV 20-6349 DSF (RAOx)<br><br>Order to Show Cause re Sanctions |

　　　The pretrial conference was held on August 2, 2021.  Plaintiff's counsel Michelle Reynolds failed to file a Memorandum of Contentions of Fact and Law.  Though the Court raised this issue at the pretrial conference, Reynolds has not yet filed this document.  In addition, it appears Reynolds has yet to file the other required pretrial documents, including the proposed pretrial conference order.  Instead, she merely submitted a red-lined version to the Court's chambers email.  Though the Court told Reynolds what was required, she has yet to file that document.  In addition, she has not cooperated with defense counsel in the preparation of a joint exhibit list.  See dkt. 73.

　　　The Court has previously warned Reynolds that sanctions would be imposed for future failures to handle this matter competently, but she continues to fail to do so.

　　　Reynolds is ordered to show cause why the Court should not issue sanctions in the amount of $900 for her repeated failure to follow this Court's orders and prosecute this case.  A written response is due no later than December 13, 2021.  Submission of Plaintiff's memorandum of contentions and proposed pretrial conference order and exhibit list

(prepared jointly with defense counsel) by that date will be a sufficient response to this Order to Show Cause. However, further failures to comply with this Court's rules and orders will result in sanctions, which may include monetary sanctions and dismissal.

In addition, the parties are to meet and confer and propose new trial (a Tuesday that is not a holiday) and pretrial conference (a Monday that is not a holiday) dates. Finally, as discussed at the pretrial conference, the parties are to work jointly on a revised set of jury instructions, which are to be submitted two weeks before the new pretrial conference date.

IT IS SO ORDERED.

Date: December 1, 2021

Dale S. Fischer
United States District Judge